IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

LESLIE LEAVELL                                          PLAINTIFF
P.O. Box 22943
Lyndon, Kentucky 40252

Case No. 3:17-CV-175-JHM

Chief Judge Joseph H. McKinley, Jr.

v.

RLJ MANAGEMENT CO., INC.                                DEFENDANT
3021 E. Dublin-Granville Road
Columbus, Ohio 43231

    SERVE:    Rhonda K. Bishop
                 60 Edwards Court
                 Ft. Thomas, Kentucky 41075
                 (BY CERTIFIED MAIL)

\*\* \*\* \*\* \*\*

### VERIFIED COMPLAINT

Comes the Plaintiff, Leslie Leavell, and for her Verified Complaint against the Defendant, RLJ Management CO. Inc. ("RLJ"), states as follows:

### I. PRELIMINARY STATEMENT

This is an action for violation of the Fair Labor Standards Act, 29 U.S.C. §216(b), against Defendant RLJ arising out of RLJs failure to pay Plaintiff for hours worked by Plaintiff as an employee of RLJ.

## II. PARTIES

1. Plaintiff is currently and was at all relevant times a citizen of the Commonwealth of Kentucky residing in Lyndon, Kentucky.

2. Defendant, RLJ, is an Ohio limited liability company doing business in the Commonwealth of Kentucky with its principal place of business located at 3021 E. Dublin-Granville Road, Columbus, Ohio 43231.

3. RLJ is an "employer" as defined by the FLSA, 28 U.S.C. § 203(b) and regulations promulgated there under, 29 C.F.R.§ 791.2.

## III. JURISDICTION AND VENUE

4. This Court has jurisdiction over this controversy pursuant to the FLSA, 29 U.S.C. § 216(b), and pursuant to 28 U.S.C. §§ 1331, 1337 and 1343.

5. Venue in this Court is proper pursuant to 28 U.S.C.§ 1391(a)(1), because Plaintiff resides within the Western District of Kentucky and because the transactions and occurrences giving rise to this claim occurred in the Western District of Kentucky.

## IV. STATEMENT OF FACTS

6. Plaintiff was employed by RLJ from August 27, 2015 until RLJ terminated Plaintiff's employment in September 2016.

7. When RLJ hired Plaintiff, the parties agreed that Plaintiff would work fifteen (15) hours per week at rate of pay of $15.00 per hour.

8. During the course of her employment with RLJ, Plaintiff frequently worked between thirty (30) and forty (40) hours per week on behalf of RLJ. RLJ, however, and in violation of the FLSA, has refused to compensate Plaintiff at her hourly rate for the hours worked on behalf of RLJ by Plaintiff in excess of fifteen (15) hours per week.

9. At all relevant times, RLJ knowingly and willfully failed to pay Plaintiff her lawfully earned wages in direct violation of the FLSA.

10. Due to the intentional, willful and unlawful acts of the Defendant, Plaintiff has suffered damages of approximately fifteen thousand dollars ($15,000.00) of unpaid wages, and an equal amount as liquidated damages, plus pre-judgment interest.

## V. CLAIMS

### Violation of the FLSA

11. Plaintiff hereby adopts and incorporates the allegations contained in paragraphs 1 through 10 as is fully set forth herein.

12. As hereinabove described, Defendants intentional, willful and unlawful refusal to pay Plaintiffs wages is in violation of the FLSA, 28 U.S.C. § 206.

13. Defendants violations of the FLSA entitle Plaintiff to an award of her unpaid wages, an equal amount as liquidated damages, Plaintiff's reasonable attorney's fees, costs and expenses, and pre-judgment interest.

WHEREFORE, Plaintiff, Leslie Leavell, respectfully prays for the following relief:

    A. Trial by jury on all issues so triable;

    B. An award of Plaintiffs' unpaid wages;

    C. An award of liquidated and/or punitive damages as result of Defendants knowing and willful failure to pay compensation pursuant to the FLSA;

    D. An award or pre-judgment and post-judgment interest;

    E. Plaintiffs attorney's fees, costs and expenses; and,

    F. Any and all other relief to which Plaintiff appears to be entitled.

/s/David W. Hemminger
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202
Phone, (502) 443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

## VERIFICATION

I, Leslie Leavell, hereby state that I have read the foregoing Verified Complaint and the statements contained therein are true and accurate to the best of my knowledge, information and belief.

_____
Leslie Leavell

~~COMMONWEALTH OF KENTUCKY~~ )
STATE OF OHIO ) SS
~~COUNTY OF JEFFERSON~~ )
FRANKLIN

Subscribed, sworn to and acknowledged before me by Leslie Leavell this 13th day of MARCH, 2017.

_____
Notary Public

Commission expires: 07/15/17

ROBERT J. HARRIS
Notary Public, State of Ohio
My Commission Expires 07-15-17