IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

LESLIE LEAVELL,

    Plaintiff,

v.                                                         CASE NO.: 3:17-cv-00175-DJH-DW

RLJ MANAGEMENT CO., INC.

    Defendants.

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Leslie Leavell, and the Defendant, RLJ Management Co., Inc., and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against RLJ Management Co., Inc., are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

TENDERED BY:

                                                                **Joseph H. McKinley, Jr., Chief Judge**
                                                                 **United States District Court**

/s/David W. Hemminger
David W. Hemminger                                       September 22, 2017
HEMMINGER LAW OFFICE, PSC
616 South Fifth St.
Louisville, KY  40202
(502) 443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

*/s/ Dustin E. Meek (With permission)*
Dustin E. Meek
Tachau Meek PLC
101 S. Fifth Street, Suite 3600
Louisville, KY 40202-3120
502-238-9900
Fax: 502-238-9910
dmeek@tachaulaw.com
Counsel for Defendant